David O. JONES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 64704.

Missouri Court of Appeals,
Western District.

April 11, 2006.

Susan L. Hogan, Kansas City, for appellant.

Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J.,
BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

David O. Jones appeals the denial, following an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).